Timothy Daniel HEAD, Plaintiff—
Appellant,

v.

RUTHERFORD COUNTY SHERIFF'S DEPARTMENT, and Operations Center 911; Daniel J. Good, Sheriff, an individual; Rutherford Town Police Department; Greenway, Chief, an individual; Forest City Police Department; Randy Chapman, Chief, an individual; Sprindale Police Department; Deviney, Chief, an individual; Town of Lake Lure, Police Department; Mike Bustle, Chief, an individual, Defendants—Appellees.

No. 04–1893.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2004.

Decided Jan. 11, 2004.

Timothy Daniel Head, Appellant pro se. Scott Douglas MacLatchie, Womble, Carlyle, Sandridge & Rice, Pllc, Charlotte, North Carolina, Sandra Moody King, Russell & King, Asheville, North Carolina, Matthew L. Mason, Moss, Mason & Hill, Greensboro, North Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Timothy Daniel Head appeals the district court's orders (1) dismissing Head's claim that he was denied his Fourteenth Amendment property rights and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Head v. Rutherford County Sheriff's Dep't,* No. CA–04–45–1 (W.D.N.C. Apr. 20, 2004, and May 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*